IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 )  |
| MEDIAMATH HOLDINGS, INC., *et al.*,[1] | ) Case No. 23-10882 (LSS) ) |
|  | ) (Jointly Administered) ) |
| Debtors. | ) **Re: Docket No. 604** ) ) |

## ORDER DISMISSING THE DEBTORS' CHAPTER 11 CASES

Pursuant to the *Debtors' Motion for Entry of an Order (I) Dismissing the Chapter 11 Cases; (II) Establishing Procedures with Respect to Final Fee Applications; (III) Authorizing the Debtor Entities to be Dissolved; and (IV) Granting Related Relief* [Docket No. 604] (the "**Motion**")[2], filed on February 29, 2024; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and upon

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MediaMath Holdings, Inc. (2425), MediaMath, Inc. (1297), MediaMath Ventures, LLC (4588), Adroit DS, LLC (0700), Searchlight MM Topco, L.P. (9412), Searchlight MM Topco GP, LLC (N/A), and Searchlight MM Holdings, LLC (5372). The Debtors' address is MediaMath, Inc. c/o Epiq Corporate Restructuring, LLC, P.O. Box 4420, Beaverton, Oregon 97076-4420.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

31487288.3

all the proceedings had before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 1112(b) and 305(a) of the Bankruptcy Code, each of the Debtors' Chapter 11 Cases is dismissed effective as of the entry of this Order.

3. All prior rulings, orders and judgments of this Court made during the course of the Chapter 11 Cases shall remain final and in full force and effect, and shall be unaffected by the dismissal of the Chapter 11 Cases.

4. The Debtors are hereby authorized and empowered to take any and all steps necessary and appropriate to effectuate the terms of this Order.

5. To the extent applicable, the 14-day stay to effectiveness of this Order provided by Bankruptcy Rule 6004(h) is waived and this Order shall be effective and enforceable immediately upon entry.

31487288.3

**Dated: April 20th, 2024**
**Wilmington, Delaware**

*Laurie Selber Silverstein*
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**